```
UNITED STATES DISTRICT COURT                ECF Case
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------
NEWSTAR CHEMICALS (M) SDN                   Case No. 11 Civ. 3101 (PKC/RLE)
BHD., NEWSTAR HOLDINGS PTE  Plaintiff,
LTD., and RANDALL HART
       -against-
MEGOLA, INC., JOEL GARDNER,
and DOES 1 through 500      Defendant.
-------------------------------------------
```

NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[X] I have cases pending            [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

<u>     Maxim H. Waldbaum     </u>
FILL IN ATTORNEY NAME

My SDNY Bar Number is: <u>MW4615</u>     My State Bar Number is <u>1532795</u>

I am,
  [X]  An attorney
  [ ]  A Government Agency attorney
  [ ]  A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: <u>Schiff Hardin, LLP</u>
            FIRM ADDRESS: <u>900 Third Ave., 23rd Floor, New York,</u> NY 10022
            FIRM TELEPHONE NUMBER: <u>212-753-5000</u>
            FIRM FAX NUMBER: <u>212-753-5044</u>

NEW FIRM:   FIRM NAME: <u>Schiff Hardin, LLP</u>
            FIRM ADDRESS: <u>666 Fifth Ave., 17th Floor, New York,</u> NY 10103
            FIRM TELEPHONE NUMBER: <u>212-753-5000</u>
            FIRM FAX NUMBER: <u>212-753-5044</u>

[X] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance
    was entered on _____ by Judge_____.

Dated: May 23, 2011
                                        _____
                                        ATTORNEY'S SIGNATURE