UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEWSTAR CHEMICALS (M) SDN BHD., a Malaysian private limited company, NEWSTAR HOLDINGS PTE LTD., a Singaporean private limited company, and RANDALL HART<br><br>Plaintiffs,<br><br>v.<br><br>MEGOLA, INC., a Nevada Corporation, JOEL GARDNER, and DOES 1 through 500,<br><br>Defendants. | ECF Case<br><br>11 Civ. 3101 (PKC/RLE)<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)** |

　　　　PLEASE TAKE NOTICE that, in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs hereby voluntarily dismiss this action without prejudice. Plaintiffs have not previously dismissed any federal or state court action based on or including the same claims.

Dated: June 6, 2011

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　_/s/ Maxim H. Waldbaum_
　　　　　　　　　　　　　　　　　　　　Maxim H. Waldbaum
　　　　　　　　　　　　　　　　　　　　SCHIFF HARDIN LLP
　　　　　　　　　　　　　　　　　　　　666 Fifth Avenue
　　　　　　　　　　　　　　　　　　　　New York, NY  10103
　　　　　　　　　　　　　　　　　　　　(212) 753-5000
　　　　　　　　　　　　　　　　　　　　mwaldbaum@schiffhardin.com

　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs